☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
*WESTERN DISTRICT OF TENNESSEE*

In re:    *Chantay Cates*    Case No.

Debtors:    Chapter 13

# CHAPTER 13 PLAN

**ADDRESS:**    (1)  *205 Cedar Street*    (2)
*Halls, TN 38040*

**PLAN PAYMENT:**
**Debtor(1)** shall pay $  *704.00 Bi-Weekly*
☑ **PAYROLL DEDUCTION**    *Marvin Windows & Doors, 101 Marvin Road, Ripley, TN 38063*
From:
**Debtor(2)** shall pay $

**1. THIS PLAN [Rule 3015.1 Notice]:**
(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]    ☐ YES    ☑ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION    ☐ YES    ☑ NO
OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].    ☐ YES    ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**    Monthly Plan Payment:
Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
*None*    ongoing payment begins _____    $ _____
Approximate arrearage: _____

**5. PRIORITY CLAIMS:**
*-NONE-*    Amount _____    $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☑ Paid by Trustee to:
*Vanderbilt Mortgage &*    ongoing payment begins *January 2018*    $ *1,003.31*
*Finance Company*
Approximate arrearage: *6,020.00*    Interest    *$101.00*

**7. SECURED CLAIMS:**
[Retain lien 11 U.S.C. §1325 (a)(5)]    Value of Collateral:    Rate of Interest    Monthly Plan Payment:

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| [Retain lien 11 U.S.C. §1325 (a)] | | | |
| *Capital Auto Finance Co.* | *12,000.00* | *7.00* | $ *238.00* |
| *adequate protection payment of $60.00/mo* | | | |
| *City of Halls* | *800.00* | *7.00* | $ *18.00* |
| *Check Into Cash of Tennessee, Inc.* | *Paid Outside Plan by Daughter* | | |
| *TN Title Loans, Inc.* | *Paid Outside Plan by Son* | | |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**
*-NONE-*    Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

*-NONE-*

Amount: _____  Rate of Interest _____  Monthly Plan Payment: $_____

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**
*None*

☐ Not provided for   **OR**   ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**
*-NONE-*

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** *$12,600.00*

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**
☐ _____ %, OR,
☑ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**
*Aaron's Sales & Lease: Furniture*    ☑ Assumes   **OR**   ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately *60* months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**
*None*

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

*/s/ Alissa York Gay*                                    Date *September 20, 2017* .
Alissa York Gay
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**     /ral